IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN CLAUDE SAFARI ZOZO, GERMAINE UNGAOBE BUMBU, EMILE KASOLOLO BIN MWANI, ARSENE MWAKA ZIHALIRWA, ADELE BISHARHWA NABINTU, AND MAGNIFICAT BANTU BISOMERINE, on behalf of 247 victims of alleged crimes against humanity,<br><br>                                 Applicants,<br><br>v.<br><br>WILDLIFE CONSERVATION SOCIETY,<br><br>                                 Respondent. | 24-mc-246 (AKH) |

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Applicants' requests for discovery under 28 U.S.C. § 1782, as formulated in their application, are overbroad. Instead, the applicants may take discovery from Wildlife Conservation Society ("WCS") only as follows:

1) Applicants may seek documents and communications related to the training of ICCN's park guards in the KBNP between 2018 and 2022;

2) Applicants may seek documents and communications describing or considering individuals' participation in the violence perpetrated in and around the KBNP against the Batwa people between 2018 and 2022; and

3) Applicants may depose one of WCS's representatives according to Rule 30(b)(6) regarding the requested information.

- 2 -

The parties shall settle an order consistent with these rulings and submit it to the Court. The Clerk of Court shall terminate ECF No. 4.

SO ORDERED.

Dated: September 4, 2024
New York, NY

ALVIN K. HELLERSTEIN
United States District Judge