UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN-CLAUDE SAFARI ZOZO, GERMAINE UNGAOBE BUMBU, EMILE KASOLOLO BIN MWANI, ARSENE MWAKA ZIHALIRWA, ADELE BISHARHWA NABINTU, AND MAGNIFICAT BANTU BISOMERINE, on behalf of 274 victims of alleged crimes against humanity, <br><br> Applicants, <br><br> v. <br><br> WILDLIFE CONSERVATION SOCIETY, <br><br> Respondent. | Case No. 1:24-mc-00246 (AKH) <br><br> **ECF Case** |

[~~PROPOSED~~] SETTLED ORDER GRANTING PLAINTIFFS' MOTION FOR
DISCOVERY UNDER 28 U.S.C. § 1782

**WHEREAS**, on June 5, 2024, Applicants, 274 purported victims of crimes against humanity proceeding through their attorneys-in-fact Jean-Claude Safari Zozo, Germaine Ungaobe Bumbu, Emile Kasololo Bin Mwami, Arsene Mwaka Zihalirwa, Adele Bisharhwa Nabintu and Magnificat Bantu Bisomerine (collectively, "Applicants") filed a Motion (the "Motion") to take discovery from Wildlife Conservation Society ("Wildlife" or "Respondent") pursuant to 28 U.S.C. § 1782; and

**WHEREAS**, on or about August 9, 2024, Wildlife served its Opposition to the Motion; and

**WHEREAS**, on or about August 23, 2024, Applicants served its Reply in Support of the Motion; and

**WHEREAS**, on September 4, 2024, this Court issued an Order (ECF No. 20) (the "Order") in the matter *Jean-Claude Safari Zozo, et al., v. Wildlife Conservation Society*, 1:24-mc-00246-

AKH (the "Action") directing the parties to settle an order consistent with the rulings of the Court; and

**WHEREAS,** Wildlife does not waive any objection to the Motion, in whole, or in part, including but not limited to its objection that certain material would constitute an undue burden to produce; and

**WHEREAS,** the parties to the Action intend for a Stipulated Protective Order to be issued contemporaneously with this Discovery Order. The parties stipulate that any responsive materials produced by Wildlife pursuant to this Order or the Court's Order from September 4, 2024, including but not limited to documents, communications, or other records produced by or testimony provided by Wildlife, shall be subject to any stipulated agreements pertaining to this discovery, including any Stipulated Protective Order and/or ESI Stipulation approved by this Court; therefore

**IT IS HEREBY ORDERED** that, over the objection of Wildlife, pursuant to 28 U.S.C. § 1782 and this Court's Order, Wildlife will (i) within 90 days of the Court's issue of a Stipulated Protective Order produce all documents and communications within its possession, custody, or control relating to the training of the ICCN's park guards in the KBNP that occurred between 2018 and 2022, (ii) within 90 days of the Court's issue of a Stipulated Protective Order produce all documents and communications within its possession, custody, or control describing or considering individuals' participation in the alleged violence perpetrated in and around the KBNP against the Batwa people between 2018 and 2022, and (iii) within 120 days of the Court's issue of a Stipulated Protective Order produce a Wildlife representative for a deposition according to Rule 30(b)(6) regarding the above two categories of information; and

**IT IS FURTHER ORDERED** that Wildlife will produce a signed certification in the format appended herewith verifying the authenticity of the documents produced to facilitate their use in the contemplated legal proceedings in the Democratic Republic of Congo; and

**IT IS FURTHER ORDERED** that the parties will comply with any stipulated agreements pertaining to this discovery, including any Stipulated Protective Order and/or ESI Stipulation approved by this Court.

This Order is without prejudice to Respondent's right to assert objections in relation to any subsequent subpoenas consistent with the Federal Rules of Civil Procedure.

**STIPULATED AND AGREED**:

Dated: New York, New York
January 21, 2026


EarthRights International

By:     /s/ Sydney Speizman
        Sydney Speizman
        Benjamin Hoffman
        1400 K St NW, Suite 750
        Washington, D.C. 20005
        Telephone: (202) 466-5188
        Facsimile: (202) 466-5189

        *Attorneys for Applicants*


KIRKLAND & ELLIS LLP

By:     /s/ Aaron Marks, P.C.
        Aaron Marks, P.C.
        601 Lexington Avenue
        New York, New York 10022
        Telephone: (212) 446-4800
        Facsimile: (212) 446-4900

        *Attorneys for Respondent
        Wildlife Conservation Society*


SO ORDERED.

Dated: _____ , 2026

_____
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE